<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-2380**

_____

CHARLOTTE D. MOUNTCASTLE,

              Plaintiff - Appellant,

     v.

CALIBER HOME LOANS; FLAGSTAR BANK,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Chief District Judge.  (2:15-cv-00169-RBS-RJK)

_____

Submitted:  April 7, 2016         Decided:  April 29, 2016

_____

Before NIEMEYER, KEENAN, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Charlotte D. Mountcastle, Appellant Pro Se.  Lela Marie Ames, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Washington, D.C.; Christine Marie Debevec, STRADLEY RONON STEVENS & YOUNG, LLP, Philadelphia, Pennsylvania, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charlotte D. Mountcastle appeals the district court's order dismissing her amended complaint under Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Mountcastle v. Caliber Home Loans</u>, No. 2:15-cv-00169-RBS-RJK (E.D. Va. Oct. 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>